IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bowles III, David B

Printed: 11/25/08

Case Number: 08 B 18882
Judge: Wedoff, Eugene R
Filed: 7/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Citizens Automotive Finance | Secured | 9,675.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 28,827.32 | 0.00 |
| 4. | Citizens Automotive Finance | Unsecured | 34.79 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 150.26 | 0.00 |
| 6. | American General Finance | Unsecured | 151.83 | 0.00 |
| 7. | Fremont Investment & Loan | Secured |  | No Claim Filed |
| 8. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 9. | Fremont Investment & Loan | Unsecured |  | No Claim Filed |
| 10. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 11. | Premier Credit | Unsecured |  | No Claim Filed |
| | | | $ 38,839.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Bowles III, David B | Case Number:  08 B 18882 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/25/08 | Filed:  7/23/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

